IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PHILLIP CARY PAPPAS,

    Plaintiff,                    No. CIV S-10-1211 LKK EFB (TEMP) P

    vs.

BLACKWELL, et al.,

    Defendants.           ORDER

_____/

        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On July 30, 2010, defendants Blackwell, Soria, Torres and Zuniga filed a motion to dismiss and/or for more definite statement. Dckt. No. 15. On October 8, 2010 and November 12, 2010, the remaining defendants joined in the motion to dismiss. Dckt. Nos. 24, 28. Despite three extensions of time, plaintiff has failed to file an opposition to the motion to dismiss.

        A responding party's failure "to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion and may result in the imposition of sanctions." L. R. 230(l). Failure to comply with any order or with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." L. R. 110. The court may recommend this action be dismissed with or without prejudice, as appropriate, if plaintiff disobeys an order or the

1

Local Rules. *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1252 (9th Cir. 1992) (district court did not abuse discretion in dismissing *pro se* plaintiff's complaint for failing to obey an order to re-file an amended complaint to comply with Federal Rules of Civil Procedure); *Carey v. King*, 856 F.2d 1439, 1440-41 (9th Cir. 1988) (dismissal for *pro se* plaintiff's failure to comply with local rule regarding notice of change of address affirmed);

Plaintiff is hereby formally advised unless otherwise ordered, all motions to dismiss, motions for summary judgment, discovery motions, and motions made under the authority of Fed. R. Civ. P. 7, 11, 12, 15, 41, 55, 56, 59 and 60, and Local Rule ("L.R.") 110 shall be briefed in accordance with L.R. 230(l). Failure timely to file an opposition or statement of no opposition to a motion may be deemed a waiver of opposition to the motion and may result in the imposition of sanctions. L.R. 230(l).

Accordingly, it is hereby ORDERED that:

1. The Clerk shall serve upon plaintiff a copy of the Local Rules.

2. Within 30 days of the date of this order, plaintiff shall file either an opposition to the motion to dismiss or a statement of non-opposition.

3. Given the previous three extensions of time totaling more than six months, the court is not inclined to grant any further extensions of time, absent extraordinary circumstances.

4. Failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: January 28, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE