IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PHILLIP CARY PAPPAS,

      Plaintiff,                      No. CIV S-10-1211 LKK EFB (TEMP) P

    vs.

BLACKWELL, et al.,

      Defendants.              <u>ORDER</u>

        Plaintiff is a state prisoner proceeding pro se and informa pauperis with an action under 42 U.S.C. § 1983. He has filed a motion requesting that he be released from "the hole," or the administrative segregation unit at California State Prison-Solano (CSP-Solano). He alleges his placement in administrative segregation was in retaliation for filing the instant lawsuit. He also seeks injunctive relief in the form of an order requiring the warden at CSP-Solano to show that his placement in administrative segregation is not related to the instant lawsuit. The warden is not a party to this lawsuit.

        Two months after filing the motion, plaintiff filed a notice of change of address to reflect his transfer to Avenal State Prison. Generally, when a prisoner complains of unconstitutional conditions of confinement and is transferred to another facility, a claim for injunctive relief from those conditions becomes moot. *See Brady v. Smith*, 656 F.2d 466, 468 (9th Cir. 1981); *Darring*

1

*v. Kinchoe*, 783 F.2d 874, 876 (9th Cir. 1986); *Johnson v. Moore*, 948 F.2d 517, 519 (9th Cir. 1990). A plaintiff may avoid a finding of mootness if he can demonstrate a reasonable expectation of returning to the facility where the allegedly unconstitutional conditions persist. *Darring*, 783 F.2d at 876. Plaintiff has made no such showing here.[1]

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for release form "the hole" (Docket No. 13) is moot.

DATED: March 21, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] Moreover, the motion essentially states an entirely new claim arising out of events distinct from those alleged in this case. "Unrelated claims against different defendants belong in different suits[.]" *George v. Smith*, 507 F.3d 605, 607 (7th Cir. 2007).

2